Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

FILED
FEB - 9 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
FEB 1 7 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

In re: DWIGHT SPEIR

Debtor(s)

Case No: 09-48681 RN 13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,756.78 (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 09-48681 RN 13 | DWIGHT JEFFERY SPEIR<br>24818 ST LUKE CT<br>HAYWARD, CA 94541 | $ 0.00 | $ 1,756.78 |
| | Total Unclaimed Dividends | | $ 1,756.78 |

Dated: February 7, 2011

_Martha G Bronitsky_
Martha G. Bronitsky, Chapter 13 Trustee